# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America

Plaintiff(s)

vs.

Case Number: 24-cr-388-GKF

William Shane Garrow

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:
William Shane Garrow

---

12/17/24
Date

Type of Appointment: [✔] Retained  [ ] CJA
[ ] FPD  [ ] Pro Bono  [ ] Pro Se

18914
Oklahoma State Bar Number (If Applicable)

lawyeradams@me.com
e-mail address

/s/Kevin D Adams
Signature

Kevin D Adams
Print Name

Kevin D Adams, PLLC
Firm Name

36 East Cameron Street, #16
Mailing Address

Tulsa       OK      74103
City        State   Zip Code

918 582-1313
Phone Number         Fax Number

---

Appearance                  1                  AT-04 (10/09)

# Certificate of Service

I hereby certify that on 12/17/24 _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

David Whipple
DOJ-USAO
110 West 7th Street
Ste 300
Tulsa, OK 74119
918-382-2700
Email: david.whipple@usdoj.gov


I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):




/s/ Kevin D Adams
Signature