UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

WILLIAM SHANE GARROW,

                Defendant.

Case No.: 24-CR–388-GKF

## ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

Pursuant to Fed. R. Crim. P. 12.4(a)(2) and LCrR12.4-1(a)(2), the government makes the following disclosures as to:

BOKF, NA, a national bank
*[enter name of organizational victim on the line above]*

**INSTRUCTIONS:**
1. This form to be completed and filed by the government only when the victim of alleged criminal activity is an organization.
2. In Part I, identify the organizational victim.
3. In Part II, if the organizational victim is a nongovernmental corporation or nongovernmental entity, check the applicable box or boxes, and fully provide any required information.
4. Attach separate pages as necessary to fully provide required information.

### PART I: IDENTIFICATION OF ORGANIZATIONAL VICTIM

The alleged victim in connection with the above-captioned case is the following organization:

BOKF, NA, a national bank

### PART II: NONGOVERNMENTAL ENTITY DISCLOSURES

☐ The victim is a nongovernmental corporation or other noncorporate entity and the government, exercising due diligence, has not been able to obtain the information necessary to make the disclosures listed in Fed. R. Crim. P. 12.4(a)(1) and LCrR12.4-1(a)(1).

☐ The victim is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ The victim is publicly held.

☒ The victim has one or more parent entities.

If yes, identify all parent entities, including grandparent and great-grandparent entities.

BOKF, NA is the legal victim in this case for which, if ordered, would be the sole recipient of any anticipated restitution. BOKF, NA is a wholly owned subsidiary of BOK Financial Corporation ("BOK Financial Corp.") that operates under the tradename "Bank of Oklahoma". BOK Financial Corp. is publicly held and traded on the NASDAQ stock exchange under the ticker symbol "BOKF." Defendant, at the time of the incident, was employed by BOKF, NA.

☒ The victim has one or more subsidiaries.

    If yes, identify all subsidiaries. **See attached chart showing subsidiaries of BOKF, NA**

☒ Ten percent or more of the stock of the victim is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners. 100% of BOKF, NA stock is held by BOK Financial Corporation, a publicly traded corporation

☐ The victim is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐ Another person, corporation, or noncorporate entity related to the victim—**not already identified through other answers**—has a direct financial interest in the outcome of the litigation.

    If yes, identify all persons, corporations, or noncorporate entities and the nature of their interest. If the interested entity is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust), identify the nature of the entity, each member of the entity with a direct financial interest in the outcome of the litigation, and the nature of each member's interest.

☐ There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the case other than those participating in the case.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this __18th__ day of __December__, __2024__.

Signature: *David D. Whipple*
Printed Name: David D. Whipple
Bar Number: D.C. Bar No. 999495
Firm Name: Assistant United States Attorney
Address: 110 West Seventh Street, Suite 300
City, State, Zip Code: Tulsa, Oklahoma 74119-1029
Phone/Fax: 918-382-2700
Email Address: David.Whipple@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on ____December 18, 2024____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Kevin Duane Adams
    *Counsel for Defendant*

I hereby certify that on _____ (Date), I served the same document by
    ☐ U.S. Postal Service    ☐ In Person Delivery
    ☐ Courier Service    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*/s/ Daniel W. Whipple*
Signature

**Subsidiaries of BOKF, National Association**

Affiliated BancServices, Inc.

Affiliated Financial Holding Co.

Affiliated Financial Insurance Agency, Inc.

BancOklahoma Agri-Service Corporation

Beacon Real Estate Group, LLC

Beacon Real Estate Group Holdings, LLC

BOK Delaware, Inc.

BOK Financial Equipment Finance, Inc.

BOK Financial Public Finance, Inc.

BOK Funding Trust

BOKF Community Development Fund, LLC BOKF Community Development Fund II

BOKF Community Development Corporation

BOKF Investment Fund II, LLC

BOKF Petro Holding, LLC

BOKF Petro Holdings III, LLC

BOSC Agency, Inc. (Oklahoma)

BOSC Agency, Inc. (New Mexico)

BOSC Agency, Inc. (Texas)

Cavanal Hill Investment Management, Inc.

Cottonwood Valley Ventures, Inc.

CVV Management, Inc.

CVV Partnership, an Oklahoma General Partnership