# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America

Plaintiff(s),

vs.

Case No.: 4:24-CR-0388-GKF

William Shane Garrow

**Criminal Information Sheet & Minutes**

Defendant(s).

Date: 12/18/2024    Interpreter: ☐ Yes ☒ No

Magistrate Judge Huntsman    Deputy Dusty Gross    USPO R. McDaniel

Date of Arrest: 12/18/2024    Arrested by: SUMMONS    ☐ Detention requested by AUSA

Bail Recommendation: $ 10,000.00    ☒ Unsecured

Additional Conditions of Release Recommendation:

☒ a. ☐ b. _____
☐ c. ☒ d. ☒ e. ☐ f. ☐ g. ☒ h
☒ i. ☒ j. ☒ k. ☒ l.
☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)
☐ n. _____

☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. _____
☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ w. (☐ 1, ☐ 2)
☒ x. (other) _the defendant shall contribute to the cost of the testing and treatment services rendered in an amount to be determined by the United States Probation Office based on the defendant's ability to pay or availability of third-party payments. _xx. Not engage in any form of employment which would allow access to financial information to include the following: personal identifiers, credit accounts, bank accounts of any individual, business, or other, entity.

Defendant requests Federal Public Defender/Ct. Appt. Counsel: ☐ Yes ☒ No

Defendant's Attorney:    Kevin Adams    ☐ FPD; ☐ Ct Appt; ☒ Ret Cnsl;
☐ Counsel not present, to be appt on appearance

AUSA:    David Whipple

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appeared in person for IA on: ☐ Indictment; ☒ Information; ☐ Complaint; ☐ Petition on PTR/SR/Prob; ☐ Rule 5

☐ Financial Affidavit received and FPD/CJA appointed

☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

_____    _____    _____    _____
First/Fore-/Given Name(s):    Middle Name(s):    Last/Sur-/Family Name(s):    Suffix

☐ Government requested; and ☐ Court ordered:
   ☐ Defendant's name be added as an a/k/a
   ☐ Defendant's name be corrected by interlineation to reflect Defendant's true and correct name as stated in open court and all previous filings are amended by interlineation to reflect the same

☒ Waivers executed and filed: ☒ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☒ Bond set for $10,000; Bond and conditions of release executed ☐ Did judge grant an oral motion to stay the release order?

☒ Arraignment held and Defendant pleads not guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☐ Defendant detained and remanded to custody of U.S. Marshal:
   ☐ Pending further proceeding; ☐ Pending release on bond for treatment
☐ Defendant to remain released on previous conditions
☐ Motion for Detention # _____: ☐ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing
☐ Motion for Hearing # _____: ☐ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing