# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,    Plaintiff,<br><br>vs.<br><br>William Shane Garrow,<br>    Defendant. | Case No.: 24-cr-00388-GKF-1<br><br>**WAIVER OF INDICTMENT** |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/18/2024

_____
William Shane Garrow, Defendant

_____
Attorney for Defendant

_____
Susan E. Huntsman, U.S. Magistrate Judge